**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00136-CV

### JONATHAN LUCKETT, Appellant

### V.

### SHARMEATRICE LUCKETT, Appellee

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-14-12976

## ORDER

We **GRANT** appellant's September 17, 2015 motion for an extension of time to file a brief. Appellant shall file a brief by **OCTOBER 21, 2015**.

/s/ ELIZABETH LANG-MIERS
JUSTICE